UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

**Case Number: 16-60204-CIV-MARTINEZ-GOODMAN**

LYESISHA BRIGGS, JACKIE LOSEY, LISA VITIELLO, JAMES GOMPERTS, and DAVID RIGGLEMAN,

Plaintiffs,

vs.

PATIENT ACCOUNT SERVICES, LLC,

Defendant.

_______________________________________/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon Plaintiffs' Notice of Dismissal with Prejudice [ECF No. 11]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of June, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record